UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE** <br><br> **TYREE G. AVERYTT-BROOKS,** <br><br> Debtor. | Case Number: 25-22817-GLT <br><br> Chapter: 7 <br><br> Related to Document No. 16 <br><br> Hearing Date & Time: 2/19/26 at 1:30 PM <br><br> Response Due by: 1/26/26 |
| **TRANSPORT FUNDING, LLC,** <br><br>      Movant, <br><br> vs. <br><br> **TYREE G. AVERYTT-BROOKS and CRYSTAL H. THORNTON-ILLAR, ESQ. CHAPTER 7 TRUSTEE,** <br><br>      Respondents. | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF TRANSPORT FUNDING, LLC FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **January 26, 2026**, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if a hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **February 19, 2026 at 1:30, PM** before Judge Gregory L.

Taddonio in Courtroom A on the 54th Floor of the US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform.  Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day prior** to the scheduled hearing.  All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

Date of Service: January 8, 2026

> MAURICE WUTSCHER, LLP
> Attorneys for Movant
> Transport Funding, LLC
>
> **/s/ Thomas R. Dominczyk**
> Thomas R. Dominczyk, Esquire
> Attorney I.D. No. 85248
> Maurice Wutscher, LLP
> 5 Walter E. Foran Blvd., Suite 2007
> Flemington, NJ 08822
> (908) 237-4550
> tdominczyk@mauricewutshcer.com