UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>TYREE G. AVERYTT-BROOKS,<br><br>Debtor. | Case Number: 25-22817-GLT<br><br>Chapter: 7<br><br>Related to Document No. 16<br><br>Hearing Date & Time: 2/19/26 at 1:30 PM |
| TRANSPORT FUNDING, LLC,<br><br>    Movant,<br><br>vs.<br><br>TYREE G. AVERYTT-BROOKS and CRYSTAL H. THORNTON-ILLAR, ESQ. CHAPTER 7 TRUSTEE,<br><br>    Respondents. | Response Due by: 1/26/26 |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Thomas R. Dominczyk, certify under penalty of perjury that I served the above captioned Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below on January 8, 2026.

Service by Electronic Notification via ECF:

Thomas R. Dominczyk on behalf of Creditor Transport Funding, LLC
tdominczyk@mauricewutscher.com

Douglas G. Hipp, Esq. on behalf of Debtor Tyree G. Averytt-Brooks
twohipp4u@hotmail.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Crystal H. Thornton-Illar
cthornton-illar@leechtishman.com

Service by First Class Mail:

DOUGLAS G. HIPP, ESQ.
HIPP/KAISER-HIPP
1142 BROADVIEW BLVD.
BRACKENRIDGE, PA 15014

CRYSTAL H. THORNTON-ILLAR, ESQ.
CHAPTER 7 TRUSTEE
525 WILLIAM PENN PLACE
28TH FLOOR
PITTSBURGH, PA 15219

TYREE G. AVERYTT-BROOKS
908 CIMARRON DR.
PITTSBURGH, PA 15235

        Respectfully submitted,
        MAURICE WUTSCHER, LLP
        Attorneys for Movant
        Transport Funding, LLC

        **/s/ Thomas R. Dominczyk**
        Thomas R. Dominczyk, Esquire
        Attorney I.D. No. 85248
        Maurice Wutscher, LLP
        5 Walter E. Foran Blvd., Suite 2007
        Flemington, NJ 08822
        (908) 237-4550
        tdominczyk@mauricewutshcer.com