UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>**TYREE G. AVERYTT-BROOKS,**<br><br>Debtor. | Case Number: 25-22817-GLT<br><br>Chapter: 7<br><br>Related to Document No. 16<br><br>Hearing Date & Time: 2/19/26 at 1:30 PM |
| **TRANSPORT FUNDING, LLC,**<br><br>　　　Movant,<br><br>vs.<br><br>**TYREE G. AVERYTT-BROOKS and CRYSTAL H. THORNTON-ILLAR, ESQ. CHAPTER 7 TRUSTEE,**<br><br>　　　Respondents. | Response Due by: 1/26/26 |

## **CERTIFICATE OF SERVICE OF ORDER**

　　　I, Thomas R. Dominczyk, certify under penalty of perjury that I served the above captioned Order for stay relief on the parties at the addresses shown below on February 5, 2026.

Service by Electronic Notification via ECF:

Thomas R. Dominczyk on behalf of Creditor Transport Funding, LLC
tdominczyk@mauricewutscher.com

Douglas G. Hipp, Esq. on behalf of Debtor Tyree G. Averytt-Brooks
twohipp4u@hotmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Crystal H. Thornton-Illar
cthornton-illar@leechtishman.com

Service by First Class Mail:

DOUGLAS G. HIPP, ESQ.
HIPP/KAISER-HIPP
1142 BROADVIEW BLVD.
BRACKENRIDGE, PA 15014

CRYSTAL H. THORNTON-ILLAR, ESQ.
CHAPTER 7 TRUSTEE
525 WILLIAM PENN PLACE
28TH FLOOR
PITTSBURGH, PA 15219

TYREE G. AVERYTT-BROOKS
908 CIMARRON DR.
PITTSBURGH, PA 15235

                                            Respectfully submitted,
                                            MAURICE WUTSCHER, LLP
                                            Attorneys for Movant
                                            Transport Funding, LLC

                                            **/s/ Thomas R. Dominczyk**
                                            Thomas R. Dominczyk, Esquire
                                            Attorney I.D. No. 85248
                                            Maurice Wutscher, LLP
                                            5 Walter E. Foran Blvd., Suite 2007
                                            Flemington, NJ 08822
                                            (908) 237-4550
                                            tdominczyk@mauricewutshcer.com