FILED
2/3/26 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | Case Number: 25-22817-GLT |
| **TYREE G. AVERYTT-BROOKS,** | Chapter: 7 |
| Debtor. | Related to Document No. 16 |
| | Hearing Date & Time: 2/19/26 at 1:30 PM |
| **TRANSPORT FUNDING,  LLC,** | Response Due by: 1/26/26 |
| Movant, | |
| vs. | |
| **TYREE G. AVERYTT-BROOKS and CRYSTAL H. THORNTON-ILLAR, ESQ. CHAPTER 7 TRUSTEE,** | |
| Respondents. | |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This _ 3rd Day of February                    _, 2026, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection it is:

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. § 362 with regard to a certain 2020 Peterbilt Tractor (VIN: 1XPBDP9X7LD624234).

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a Certification of Service.

_____
Hon. Gregory L. Taddonio, U.S.B.J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 25-22817-GLT
Tyree G. Averytt-Brooks                                                         Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                         User: auto                                Page 1 of 2
Date Rcvd: Feb 03, 2026                             Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**         **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyree G. Averytt-Brooks, 908 Cimarron Dr., Pittsburgh, PA 15235-2608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026                 Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Douglas G. Hipp | on behalf of Debtor Tyree G. Averytt-Brooks twohipp4u@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Thomas R. Dominczyk | |

User: auto

Form ID: pdf900

on behalf of Creditor Transport Funding  LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

TOTAL: 6