| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tyree G. Averytt–Brooks<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5544<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 25–22817–GLT | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tyree G. Averytt–Brooks

2/18/26    **By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 25-22817-GLT
Tyree G. Averytt-Brooks | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 2
Date Rcvd: Feb 18, 2026      Form ID: 318      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyree G. Averytt-Brooks, 908 Cimarron Dr., Pittsburgh, PA 15235-2608 |
| 16598981 | + | O'Reilly Auto Parts, 7190 Saltsburg Rd., Pittsburgh, PA 15235-2251 |
| 16598982 | + | Ohio Peterbilt, PO Box 854439, Minneapolis, MN 55485-4439 |
| 16598983 | + | Peterbilt of Atlanta, 172 Van Mar Blvd., Jackson, GA 30233-6254 |
| 16598985 | + | Rusty's Towing, 4845 Obetz Reese Rd., Columbus, OH 43207-4831 |
| 16598986 | + | TA Truck Service, 1025 Peppers Ferry Rd., Wytheville, VA 24382-4043 |
| 16598988 | + | Trans Edge Truck Centers, 1501 Beaver Ave., Pittsburgh, PA 15233-2203 |
| 16598990 | + | United Wholesale Mtg., PO Box 77404, Trenton, NJ 08628-6404 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 19 2026 05:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 19 2026 05:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Feb 19 2026 00:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16598977 | + | EDI: CITICORP | Feb 19 2026 05:40:00 | Best Buy, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 16598978 | + | EDI: CAPITALONE.COM | Feb 19 2026 05:40:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16598979 | + | EDI: DISCOVER | Feb 19 2026 05:40:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16598980 | + | EDI: JPMORGANCHASE | Feb 19 2026 05:40:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 16598984 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2026 00:51:00 | PNC Bank, PO Box 5580, PNC Investigations, Cleveland, OH 44101 |
| 16598987 | + | EDI: CITICORP | Feb 19 2026 05:40:00 | The Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 16598989 | + | Email/Text: ldoering@transportfunding.com | Feb 19 2026 00:51:00 | Transport Funding, 8717 W. 110th St. # 700, Overland Park, KS 66210-2127 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0315-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: 318 | Total Noticed: 18 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Transport Funding, LLC |
| cr | | UNITED WHOLESALE MORTGAGE, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Douglas G. Hipp | on behalf of Debtor Tyree G. Averytt-Brooks twohipp4u@hotmail.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Thomas R. Dominczyk | on behalf of Creditor Transport Funding LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |

TOTAL: 6